

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00655-CR

**IN RE** Clarence **MCFARLIN** Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: January 14, 2026

PETITION FOR MOTION FOR REHEARING AND REHEARING EN BANC DENIED

On October 13, 2025, relator filed a petition for writ of mandamus in which he challenged the legitimacy of a competency jury trial scheduled for October 15, 2025. We issued an order denying the petition on October 14, 2025, and our opinion followed shortly thereafter. On October 28, 2025, relator filed a motion for rehearing and rehearing en banc. This court has considered the motion for rehearing and rehearing en banc and determined that relator is not entitled to the relief requested. The motion for rehearing and rehearing en banc is **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. DC-2024-CR-6185, styled *The State of Texas v. Clarence McFarlin Jr.*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Christine Del Prado presiding.